**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7839**

─────────────

NEVELL ROGERS,

                              Plaintiff - Appellant,

          versus

G. ROBERT DELOACH, III; ALICE C. BROADWATER,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Matthew J. Perry, Jr., Senior District Judge.  (CA-98-2950-2-10AJ)

─────────────

Submitted:  February 25, 1999          Decided:  March 10, 1999

─────────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nevell Rogers, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nevell Rogers appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rogers v. Deloach, No. CA-98-2950-2-10AJ (D.S.C. Nov. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED